# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO CASAREZ COTA,<br><br>Defendant. | Case No.: 2:16-cr- 195<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>DIEGO CASAREZ COTA<br>(ID#) 1604086 |

FILED / ENTERED — RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

CLERK US DISTRICT COURT DISTRICT OF NEVADA — JUN 22 2016 — BY: _____ DEPUTY

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DIEGO CASAREZ COTA** before the United States District Court at Las Vegas, Nevada, on or about Thursday, June 30, 2016 Courtroom 3D, NJK. _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 22, 2016

_____
UNITED STATES MAGISTRATE JUDGE

```
DANIELL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
```

☐ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUN 2 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr 195 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DIEGO CASAREZ COTA |
| vs. | (ID#) 1604086 |
| DIEGO CASAREZ COTA, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DIEGO CASAREZ COTA**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DIEGO CASAREZ COTA** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DIEGO CASAREZ COTA** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Thursday, June 30, 2016 Courtroom 3D, NJK. _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DIEGO CASAREZ COTA** before the United States District Court on or about ___ Thursday, June 30, 2016 Courtroom 3D, NJK _____, at the hour of 3:00 p.m., for

1  arraignment and from time to time and day to day thereafter until excused by the Court has
2  been ordered by the United States Magistrate or District Judge for the District of Nevada.
3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **DIEGO CASAREZ COTA** before the United States District Court on
7  or about ___Thursday, June 30, 2016 / Courtroom 3D, NJK___, at the hour of 3:00 p.m., for arraignment and
8  from time to time and day to day thereafter, at such times and places as may be ordered and
9  directed by the Court entitled above, to appear before the Court, and when excused by the said
10 Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,
11 Nevada.
12     DATED this 22nd day of June, 2016.

Respectfully submitted,

DANIELL G. BOGDEN
United States Attorney

/s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2