# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10074 |
| Plaintiff-Appellee, | 2:16-cr-00195-JCM-CWH |
| vs. | |
| DIEGO CASAREZ COTA, | |
| Defendant-Appellant. | **ORDER** |

Pursuant to the order filed March 2, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BYORDERED that Russell E. Marsh is appointed to represent Diego Casarez Cota for this appeal. Mr. Marsh's address is 300 S. 4th street, Suite 701, Las Vegas, NV 89101, and his phone number is 702-382-4004.

Former counsel, the Federal Public Defender's office is directed to forward the file to Mr. Marsh forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED March 9, 2017.

Nunc Pro Tunc Date: March 6, 2017

_____
UNITED STATES DISTRICT JUDGE